```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
```
| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC# _____ | |
| DATE FILED: 5/14/12 | |

BRET MICHAELS,

            Plaintiff,

            -against-

TONY AWARDS PRODUCTIONS, et al.,

            Defendants.

```
----------------------------------- x
```

11 Civ. 4585 (ALC) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

        The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 15 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:    New York, New York
               May 14, 2012

                                                    Andrew J. Peck
                                                    United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                            Judge Andrew L. Carter, Jr.

# HOEY, KING, EPSTEIN, PREZIOSO & MARQUEZ

55 Water Street • 29th Floor
New York, New York 10041
(212) 612-4200
FAX (212) 612-4284

Not a Partnership or Professional Corporation

PATRICK T. HOEY
HAROLD KENNETH KING
JOHN R. MARQUEZ
RHONDA L. EPSTEIN
RICHARD C. PREZIOSO
DAVID S. KASDAN
CHRISTINE M. ARCIOLD

GREGORY WALTHALL
GLEN H. PARKER

JEFFREY D. GREENBERG
PAUL A. TUMBLESON
REGINE DELY-LAZARD
DANIELLE M. DANDRIGE
LAUREN S. YANG
RICHARD J. FREIRE
MAUREEN E. PEKNIC
AMY L. PLUDWIN
JOHN A. SERIO
ERIK C. PORCARO



RECEIVED MAY 14 2012 CHAMBERS OF ANDREW J. PECK

May 14, 2012

By Fax: (212) 805-7933
Honorable Andrew J. Peck
United States Magistrate Judge
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT
500 Pearl Street
New York, New York   10007

      Re: MICHAELS v. Tony Awards
      Our File Number: 79498943
      Date of Loss:   06/07/2009
      Index Number:   1:11-cv-04585-ALC

Dear Judge Peck:

    This firm represents the Defendants in the above matter.

    As I previously advised the Court, the parties meet at a private Mediation on May 11, 2012.

    This matter was settled at mediation. The parties are now preparing a joint public statement regarding the settlement. Plaintiff's counsel will forward settlement papers to the defendants.

    A request is hereby made that the scheduled Status Conference for May 17, 2012 be cancelled.

                                  Very truly yours,

                                  John R. Marquez

cc: By Fax
Richard H. Bakalor, Esq.
Alex Weingarten, Esq.